ORIGINAL

ovitacruzind

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 30 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00040 |
| Plaintiff. ) | INDICTMENT |
| vs. ) | CRIMINAL CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE |
| OVITA ANTOINETTE CRUZ, ) | |
| Defendant. ) | [21 U.S.C. §§ 841(a)(1) & 846] |

THE GRAND JURY CHARGES:

From on or about May 2006, the exact date being unknown, and continuing to on or about August 11, 2006, in the District of Guam and elsewhere, the defendant, OVITA ANTOINETTE CRUZ, knowingly and intentionally attempted, combined, conspired, confederated and agreed together and with other persons to commit the following offense against the United States: to

//
//
//
//
//
//

distribute approximately 13 grams of methamphetamine hydrochloride, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Dated this 30th day of August 2006.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney