# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00040　　　　　　　　　　DATE: September 01, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:19:24 - 10:23:07
CSO: J. McDonald

**APPEARANCES:**
Defendant: Ovita Antoinette Cruz　　　　Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Frederick A. Black　　　U.S. Agent:
U.S. Probation: Carleen Borja　　　　　U.S. Marshal: G. Perez / C. Marquez
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Federal Public Defender appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty.
- Trial set for: October 24, 2006 at 9:30 A.M.
- Defendant released on bond as previously ordered by this Court in Case No. MJ-06-00011.

NOTES: