**FILED**
DISTRICT COURT OF GUAM

SEP 18 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00040 |
| Plaintiff. | ) | |
| | ) | **CONSENT TO RULE 11 PLEA IN** |
| vs. | ) | **A FELONY CASE BEFORE UNITED** |
| | ) | **STATES MAGISTRATE JUDGE** |
| OVITA ANTOINETTE CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///
///
///
///

**ORIGINAL**

1  sentencing hearing at which the District Judge will decide whether to accept or reject any

2  associated plea agreement, and will determine and impose sentence.

3      DATED this _18th_ day of September 2006.

6  OVITA ANTOINETTE CRUZ
7  Defendant

10  RICHARD P. ARENS
  Assistant Federal Public Defender
11  Attorney for Defendant

13  APPROVED:

16  FREDERICK . BLACK
  Assistant U.S. Attorney