# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00040　　　　　　　　　　DATE: September 18, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Reporter: Cecilia Flores
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 3:20:50 - 3:39:42
CSO: B. Benavente

**APPEARANCES:**
Defendant: Ovita Antoinette Cruz　　　　　Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Frederick A. Black　　　　U.S. Agent: Ken Bowman, D.E.A.
U.S. Probation: Christopher Duenas　　　　U.S. Marshal: None Present
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Pen and ink changes made in the plea agreement.
- Defendant consented to enter her plea before a U.S. Magistrate Judge.
- Plea entered: Guilty to Criminal Conspiracy to Distribute Methamphetamine Hydrochloride.
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: January 9, 2007 at 10:00 a.m.
- Presentence Report due to the parties: November 13, 2006.
- Presentence Report due to the Court: December 26, 2006.
- Defendant released on personal recognizance bond as previously ordered by this Court.

NOTES: