# ORIGINAL

1 ovitacruzpsr

2 LEONARDO M. RAPADAS
United States Attorney
3 FREDERICK A. BLACK
Assistant U.S. Attorney
4 Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
5 Hagåtña, Guam 96910
TEL: (671) 472-7332
6 FAX: (671) 472-7334

7 Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

NOV 3 0 2006

MARY L.M. MORAN
CLERK OF COURT

8
## IN THE UNITED STATES DISTRICT COURT
9
## FOR THE TERRITORY OF GUAM
10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00040 |
| | ) | |
| 12 Plaintiff, | ) | |
| | ) | |
| 13 vs. | ) | **GOVERNMENT'S STATEMENT** |
| | ) | **ADOPTING FINDINGS OF** |
| 14 OVITA ANTOINETTE CRUZ, | ) | **PRESENTENCE REPORT** |
| | ) | |
| 15 Defendant. | ) | |
| | ) | |

16

17    Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the

18 United States hereby adopts the findings of the Presentence Report for the above defendant.

19    Respectfully submitted this 30th day of November 2006.

20                                          LEONARDO M. RAPADAS
                                            United States Attorney
21                                          Districts of Guam and NMI

22

23                        By: _____
                                            FREDERICK A. BLACK
24                                          Assistant U.S. Attorney

25

26

27

28