ORIGINAL

ovitacruzpsr2

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

DEC - 8 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00040 |
| Plaintiff, ) | |
| vs. ) | **GOVERNMENT'S MOTION** |
| ) | **FOR A ONE-LEVEL** |
| OVITA ANTOINETTE CRUZ, ) | **REDUCTION** |
| Defendant. ) | |

Pursuant to U.S.S.G. § 3E1.1(b), the government moves for an additional one-level reduction due to the defendant's early entry of her guilty plea. Thus, her guideline would be reduced to a Level 21 which allows a sentencing range of 37 to 46 months. The government will recommend the minimum sentence under the advisory guidelines.

Respectfully submitted this 8th day of December 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney