PS 8
(8/88)

# United States District Court

for

THE DISTRICT OF GUAM

U.S.A. vs: __Ovita Antoinette Cruz__  Docket No. __CR#06-00040-001__

## Petition for Action on Conditions of Pretrial Release

COMES NOW __JOHN W. SAN NICOLAS II__ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Ovita Antoinette Cruz__ who was placed under pretrial release supervision by the Honorable __Joaquin V.E. Manibusan, Jr., Magistrate Judge__ sitting in the court at __Hagatna, Guam__ on the __14th__ date of __August__, 20 __06__ under the following conditions:

*Please see Order Setting Conditions of Release filed on August 14, 2006 and September 1, 2006.*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

*(If short insert here; if lengthy write on separate sheet and attach)*

*Please see attached Declaration in Support of Petition - Supplemental Violation Report, Request for a Summons*

**FILED**
DISTRICT COURT OF GUAM
JAN 10 2007
MARY L.M. MORAN
CLERK OF COURT

PRAYING THAT THE COURT WILL

*Pursuant to 18 U.S.C. §3148, order that a Summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.*

RECEIVED
JAN 08 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORDER OF COURT

Considered and ordered this __10th__ day of __January__, 20 __07__ and ordered filed and made a part of the records in the above case.

__JOAQUIN V.E. MANIBUSAN, JR.__
U. S. Magistrate Judge

Respectfully,
__John W. San Nicolas II__
U.S. Pretrial Services Officer

Place: __Hagåtña, Guam__

Date: __January 5, 2007__

ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>OVITA ANTOINETTE CRUZ,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL CASE NO. 06-00040-001<br><br><br>**DECLARATION IN SUPPORT OF PETITION** |

**Re: Violation Report, Request for a Summons**

I, U.S. Probation Officer John W. San Nicolas II, am the assigned U.S. Probation Officer supervising the Court-ordered pretrial release conditions for Ovita Antoinette Cruz, and in that capacity declare as follows:

On August 14, 2006, Ovita Antoinette Cruz made an Initial Appearance before Magistrate Judge Joaquin V. E. Manibusan Jr., pursuant to a Complaint in Magistrate Case No. 06-00011 charging her with Attempted Possession of Methamphetamine Hydrochloride with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1) & 846.

On the same date, she was released on a personal recognizance bond with conditions that she report to the U.S. Probation Office and Drug Enforcement Administration as directed; surrender any passport to the Clerk of Court, District Court of Guam; obtain no passport; remain at a fixed address and not change residence without prior permission of the Court or the U.S. Probation Office; avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from any use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; submit to any method of testing required by a pretrial services officer or the supervising officer for determining whether she is using a prohibited substance; refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release; report as soon as possible any contact with law enforcement; not leave Guam without approval of the Court; and not go near any ports of entry or exit.

DECLARATION IN SUPPORT OF PETITION
Violation Report, Request for a Summons
Re: CRUZ, Ovita Antoinette
USDC Cr. Cs. No. 06-00040-001
January 8, 2007
Page 2

On August 30, 2006, the Grand Jury returned a true bill, which charged Ms. Cruz in Cr. Cs. No. 06-00040 with Criminal Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and 846. On September 1, 2006, Ms. Cruz appeared for an Initial Appearance on the charge listed in the Indictment. She was released on the same conditions previously imposed by the Court. On September 18, 2006, Ms. Cruz pleaded guilty to the charge listed in the Indictment. Sentencing is set for January 9, 2007. Her release conditions were continued.

On September 12, 2006, an Informational Report was filed with the Court after Ms. Cruz admitted to use of "ice" on the day of her arrest (August 11, 2006). She is alleged to have violated the following condition of release:

**Special Condition:** *The defendant shall submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.*

**Special Condition:** *The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.*

On December 12, 2006, Ms. Cruz submitted to urinalysis which tested presumptive positive for amphetamine at the drug testing vendor. The sample was sent to Scientific Testing Laboratories, Incorporated because she denied use of illicit substances. On December 19, 2006, this Officer received the laboratory report which indicated a negative result for December 12, 2006 drug test.

On December 13, 2006, Ms. Cruz failed to report for a scheduled drug test at the drug testing vendor. On December 14, 2006, this Officer met with Ms. Cruz to discuss her noncompliance with drug testing. She denied use of illicit substances for the December 12, 2006 drug test. In addition, she stated that she forgot to call the urinalysis recording on the evening of December 12, 2006 for the drug test on December 13, 2006.

On December 14, 2006, Ms. Cruz was subjected to a drug test at the U.S. Probation Office, which tested presumptive positive for methamphetamine. Initially, she denied use of illicit substances, but later stated that she took one of her mom's Percocet pills for pain relief. This Officer admonished her for using someone else's prescription, as it is not only a violation of her conditions, but also illegal. This Officer also informed her that Percocet

DECLARATION IN SUPPORT OF PETITION
Violation Report, Request for a Summons
Re: CRUZ, Ovita Antoinette
USDC Cr. Cs. No. 06-00040-001
January 8, 2007
Page 3

use does not react positive on a methamphetamine drug assay. Ms. Cruz executed an admission form, admitting to using Percocet on December 14, 2006 and "ice" on December 13, 2006. She stated the stress of her case and the holidays caused her to relapse. However, she maintains that she will refrain from future illicit drug use.

On December 16, 2006, Ms. Cruz tested presumptive positive for methamphetamine at the drug testing vendor. However, the positive drug test falls within the 72-hour window of the body's ability to remove methamphetamine from the December 13, 2006 admitted "ice" use.

On December 22, 2006, Ms. Cruz submitted to urinalysis which tested presumptive positive for methamphetamine at the drug testing vendor. The sample was sent to Scientific Testing Laboratories, Incorporated because she denied use of illicit substances. On December 29, 2006, this Officer received the laboratory report which indicated a positive result for methamphetamine and amphetamines for the December 22, 2006 drug test. On December 23, 2006, Ms. Cruz failed to provide a sufficient urine sample for testing at the drug testing vendor. She stated that she had voided just prior to leaving her residence to report for her scheduled drug test, and was unable to provide an adequate urine sample for testing in the time allotted. On January 3, 2007, this Officer met with Ms. Cruz to discuss her noncompliance with drug testing. After being confronted with the laboratory report results, she executed an admission form, admitting to using "ice" on December 20, 2006. She apologized for her drug use and stated that she used due to the stress of the holidays, her family, and her pending sentencing hearing. On the same date, she was subjected to a drug test, which tested presumptive positive for methamphetamine. The sample was sent to Scientific Testing Laboratories, Incorporated because she denied use of illicit substances.

On January 5, 2007, Ms. Cruz submitted to urinalysis which tested presumptive positive for methamphetamine at the drug testing vendor. She executed an admission form, admitting to use of "ice" on January 3, 2007. On January 8, 2007, this Officer met with Ms. Cruz to discuss her noncompliance with drug testing. In addition to admitting to use of "ice" on January 3, 2007, she also executed an admission form, admitting to use of "ice" on December 31, 2006 for the January 3, 2007 positive drug test and to use of "ice" on January 7, 2007. She apologized for her continued drug use and stated that she "needs help."

**Supervision Compliance:** This Officer has no information that suggests that the defendant has not complied with other conditions of pretrial release.

DECLARATION IN SUPPORT OF PETITION
Violation Report, Request for a Summons
Re: CRUZ, Ovita Antoinette
USDC Cr. Cs. No. 06-00040-001
January 8, 2007
Page 4

**Recommendation:** This Officer respectfully requests pursuant to 18 U.S.C. §3148, that this matter be scheduled for a hearing and a summons be issued for the defendant's appearance at that hearing to determine if her bail should be revoked or modified.

Executed this 8th day of January 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Frederick A. Black, Assistant U.S. Attorney
    Richard P. Arens, Assistant Federal Public Defender
    File