RECEIVED JAN 10 2007 US MARSHALS SERVICE-GUAM

FILED DISTRICT COURT OF GUAM JAN 11 2007 MARY L.M. MORAN CLERK OF COURT

AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _GUAM_

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**OVITA ANTOINETTE CRUZ**

Case Number: **CR-06-00040-001**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| 4th FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | **COURTROOM** |
| | Date and Time |
| Before: HONORABLE FRANCES M. TYDINGCO-GATEWOOD, Chief Judge | **Thursday, January 18, 2007 at 8:00 a.m.** |

To answer a(n)
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  **X** Pretrial Violation Notice

Charging you with a violation of Title ___18___ United States Code, Section(s) _3142(c)(B)(ix) and (c)(B)(xiv)_

Brief description of offense:

(See the Petition for Action on Conditions of Pretrial Release and Order filed on January 10, 2007)

---

**LEILANI R. TOVES HERNANDEZ, Deputy Clerk**
Name and Title of Issuing Officer

*(signature)*
Signature of Issuing Officer

**January 10, 2007**
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

| | RETURN OF SERVICE | |
|---|---|---|
| Service was made by me on:[1] | Date 1/11/07 | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
USMS, Hagata, G—

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  1/11/07
            Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.