ORIGINAL

ovitacruz5k2

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00040 |
| Plaintiff, | **GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE** |
| vs. | |
| OVITA ANTOINETTE CRUZ, | |
| Defendant. | |

The United States hereby moves this Honorable Court for a departure from the Guidelines total offense level of 21, as provided by USSG Section 5K1.1, on the basis that defendant has rendered substantial assistance to the government in its investigation of drug trafficking on Guam.

The government is filing under seal a separate sentencing memorandum concerning the details of that cooperation. Defendant's present offense level of 21 calls for a range of 37-46 months incarceration. The government is recommending that defendant total offense level be

//
//
//
//

reduced by two levels to 19, which provides for a range of 30-37 months incarceration. The government is recommending that defendant receive 30 months incarceration.

RESPECTFULLY SUBMITTED this 12th day of January, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]* Frederick A. Black
FREDERICK A. BLACK
Assistant U.S. Attorney