# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00040  DATE: January 18, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 8:10:22 - 9:11:45
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Ovita Antoinette Cruz  Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Frederick A. Black  U.S. Agent: Kenneth Bowman, D.E.A.
U.S. Probation: Carleen Borja / John San Nicolas  U.S. Marshal: G. Perez / C. Marquez
Interpreter:  Language:

**PROCEEDINGS: Sentencing and Order to Show Cause Why Pretrial Release Conditions Should Not Be Revoked**

- Motion for downward departure granted.
- Defendant committed to the Bureau of Prisons for a term of 30 months.
- Court recommendation to the Bureau of Prisons: Defendant to participate in the 500 hour drug treatment program and to receive medical treatment for hepatitis.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 4 years, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defense counsel's oral motion for defendant to self-surrender by 5:00 p.m. today was denied.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: